1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARJORIE PIERCE,

          Plaintiff,

    v.

POWER PERSONNEL, et al.,

          Defendants.

Case No. 19-cv-02847-NC

**CASE MANAGEMENT
SCHEDULING ORDER**

The parties attended a case management conference on October 23, 2019. After considering the joint case management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following deadlines are set:

1. ALTERNATIVE DISPUTE RESOLUTION: This case is referred to Magistrate Judge Donna Ryu for a settlement conference with a deadline of **December 31, 2019.**

2. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties without further leave of Court is **November 20, 2019.**

3. PROTECTIVE ORDER: **November 20, 2019.**

4. NON-EXPERT DISCOVERY: General Order 71 applies to this case.

   o Initial Disclosures must be made by **November 6, 2019.**

   o All non-expert discovery must be completed by **October 5, 2020.**

5. EXPERT WITNESSES:

   o Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **November 16, 2020.**

- o Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **December 14, 2020.**

6. DISPOSITIVE MOTIONS: Parties must file and serve all dispositive motions by **October 16, 2020.**

7. FURTHER CASE MANAGEMENT CONFERENCE: **February 26, 2020, at 10:00 a.m.** The parties may appear telephonically. The parties must file a joint case management statement at least one week prior to the conference. See Civil L.R. 16-10(d).

8. PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **January 6, 2021.**

9. PRETRIAL CONFERENCE: **January 20, 2021, at 2:00 p.m.**

10. TRIAL DATE: A jury trial will be held on **February 8, 2021, at 9:00 a.m.**

The parties are limited to five depositions per side without further leave of Court.

All hearings, conferences, and the trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: October 23, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge